**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Jason Y. Chao, Esq. (SBN 250735)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
jchao@aguileragroup.com

Attorneys for Plaintiff TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTEX HOMES, a Nevada partnership; NEWMEYER & DILLION, LLP, a California limited liability partnership; RGL INC., a California corporation, dba RGL FORENSICS; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:12-cv-00088-SC<br>Hon. Samuel Conti<br><br>**STIPULATION RE DISMISSAL OF ANY AND ALL ALLEGATIONS BY ALL PARTIES RELATING TO SETTLED UNDERLYING CASES; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Travelers") and Defendants CENTEX HOMES ("Centex") and NEWMEYER & DILLION ("Newmeyer") (collectively, "Defendants") through their designated counsel for an order dismissing, with prejudice, any and all claims as set forth in the operative complaint filed in this action relating to the following underlying actions pursuant to Fed. R. Civ. Proc. 41(a)(1):

1

Case No.: 3:12-cv-00088-SC
STIPULATION DISMISSING ANY AND ALL ALLEGATIONS BY ALL
PARTIES RELATING TO SETTLED UNDERLYING CASES; [PROPOSED] ORDER

- Spicer, et al. v. Centex Homes, Inc., et al., San Bernardino County Superior Court, case No. CIVRS1106853 ("Spicer Action")

- Eskridge, et al. v. Centex Homes, Inc., et al., Riverside County Superior Court, case No. RIC 1202057 (the "Mira Loma Action" aka the "Eskridge Action")

- Bennett, et al. v. Centex Homes, et al., Placer County Superior Court case No. SCV0030222 (the "Bennett Action")

- Mir Ali, et al. v. Centex Homes, et al., San Diego County Superior Court, case No. 37-2009-00092254 (the "Mir Ali Action")

- Yunker, et al. v. Centex Homes, et al., San Diego County Superior Court, case No. 37-2010-00099594 ("the Yunker Action").

Dated: April 8, 2013            **THE AGUILERA LAW GROUP, APLC**

　　　　　　　　　　　　　　　　　_____/s/ A. Eric Aguilera_____
　　　　　　　　　　　　　　　　　A. Eric Aguilera
　　　　　　　　　　　　　　　　　Kari M. Myron
　　　　　　　　　　　　　　　　　Jason Y. Chao
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: April 8, 2013            **PAYNE & FEARS LLP**

　　　　　　　　　　　　　　　　　_____/s/: J. Kelby Van Patten_____
　　　　　　　　　　　　　　　　　J. Kelby Van Patten
　　　　　　　　　　　　　　　　　Jeffrey M. Hayes
　　　　　　　　　　　　　　　　　Attorneys for Defendants CENTEX HOMES and NEWMEYER & DILLION

2

Case No.: 3:12-cv-00088-SC
STIPULATION DISMISSING ANY AND ALL ALLEGATIONS BY ALL PARTIES RELATING TO SETTLED UNDERLYING CASES; [PROPOSED] ORDER

# **ORDER**

Pursuant to stipulation of Plaintiff Travelers and Defendants Centex and Newmeyer, and good cause existing therefore,

**IT IS HEREBY ORDERED** that any and all claims against Defendants, Centex and Newmeyer as set forth in the operative complaint filed by Travelers in this action and relating to the underlying actions known as the Spicer, Mira Loma/Eskridge, Bennett, Mir Ali, and Yunker Actions are dismissed with prejudice.

Dated: April __9__, 2013

_____
Judge Samuel Conti

4851-1166-4915.1

3

Case No.: 3:12-cv-00088-SC
STIPULATION DISMISSING ANY AND ALL ALLEGATIONS BY ALL
PARTIES RELATING TO SETTLED UNDERLYING CASES; [PROPOSED] ORDER