1  Scott S. Thomas, Bar No. 106720
   sst@paynefears.com
2  J. Kelby Van Patten, Bar No. 167553
   kvp@paynefears.com
3  Jeffrey M. Hayes, Bar No. 246511
   jmh@paynefears.com
4  PAYNE & FEARS LLP
   Attorneys at Law
5  Jamboree Center, 4 Park Plaza, Suite 1100
   Irvine, California 92614
6  Telephone: (949) 851-1100
   Facsimile: (949) 851-1212
7
   Attorneys for CENTEX HOMES, a Nevada partnership;
8  NEWMEYER & DILLION, LLP, a California limited liability partnership

9

10                 **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

12

13  TRAVELERS INDEMNITY COMPANY OF          Case No. 3:13-cv-00088-CRB
    CONNECTICUT, a Connecticut corporation,
                                            [Consolidated with Case No. 3:12-cv-00371-
14                Plaintiff,                CRB]

15        v.                                Honorable Charles R. Breyer

16  CENTEX HOMES, a Nevada partnership;     **STIPULATION TO CONTINUE STATUS
    NEWMEYER & DILLION, LLP, a California   CONFERENCE AND ORDER AND
17  limited liability partnership; RGL INC., a  DECLARATION OF JEFFREY M.
    California corporation, dba RGL         HAYES**
18  FORENSICS; and DOES 1 through 10,
    inclusive,                              Judge:  Hon. Charles R. Breyer
19                                          Date:   February 19, 2016
                  Defendants.               Time:   8:30 a.m.
20                                          Crtrm.: 6, 17th Floor

21  AND RELATED CONSOLIDATED CASE           Trial Date:      Not Set

22

23

24        **WHEREAS,** Plaintiffs Travelers Property Casualty Company of America and Travelers

25  Indemnity Company of Connecticut (collectively "Travelers"), Centex Homes ("Centex"),

26  Newmeyer & Dillion, LLP ("Newmeyer") and RGL Forensics ("RGL") appeared before the

27  Court, through counsel, for a status conference on November 20, 2015.

28

                                                              3:13-cv-00088-CRB

                     STIPULATION TO CONTINUE STATUS CONFERENCE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1    **WHEREAS,** the Court continued the status conference in this action to February 19, 2016,

2   at 8:30 a.m. to allow Travelers and Centex to attend a mandatory settlement conference being

3   conducted by the Honorable John Kronstadt, United States District Judge for the Central District

4   of California, in other pending cases involving Travelers and Centex.

5

6    **WHEREAS,** the Court indicated that the parties should file any motions for leave to

7   reconsider on or before January 31, 2016, and the parties, at the direction of the Court, agreed to

8   exchange their initial disclosures on January 29, 2016.

9

10    **WHEREAS,** Travelers and Centex attended the mandatory settlement conference on

11   January 19, 2016.  During the mandatory settlement conference, Travelers and Centex discussed

12   all of the approximately 80 cases pending between them in California state and federal court.

13

14    **WHEREAS,** Travelers and Centex did not reach a settlement of all their pending disputes

15   during the mandatory settlement conference, but did agree to an informal exchange of information

16   that may help to facilitate a settlement of some, or all, of the disputes between them.

17

18    **WHEREAS,** Travelers and Centex agreed to attend a continued mandatory settlement

19   conference, which will be held on February 23, 2016 at 9:00 a.m. before Judge Kronstadt.

20

21    **WHEREAS,** Travelers, Centex, RGL and Newmeyer believe it would be beneficial for

22   Travelers and Centex to attend the upcoming continued mandatory settlement conference with

23   Judge Kronstadt on February 23, 2016, before moving forward with the continued case

24   management conference in this case, at which the parties anticipate the Court will issue a case

25   management order.

26

27    **WHEREAS,** Travelers, Centex, RGL and Newmeyer respectfully request that the Court

28   continue the upcoming continued status conference in this case for approximately 30 days to

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1  March 18, 2016, or another date that is convenient for the Court.

2

3  **WHEREAS,** Travelers, Centex, RGL and Newmeyer respectfully request that the Court

4  extend the pending deadlines to exchange initial disclosures and to file motions for leave to

5  reconsider.

6

7  **IT IS, THEREFORE, STIPULATED** by and between Travelers, Centex, Newmeyer and

8  RGL that the status conference currently set for February 19, 2016, at 8:30 a.m. be continued to

9  March 18, 2016, at 8:30 a.m., or another date and time that is convenient for the Court.

10

11  **IT IS FURTHER STIPULATED** by and between Travelers, Centex, Newmeyer and

12  RGL that the further Case Management Statement will be due on March 11, 2016, or another date

13  and time that is convenient for the Court.

14

15  **IT IS FURTHER STIPULATED** by and between Travelers, Centex, Newmeyer and

16  RGL that the deadline to exchange initial disclosures in this case will be March 11, 2016.

17

18  **IT IS FURTHER STIPULATED** by and between Travelers, Centex, Newmeyer and

19  RGL that the deadline to file motions for leave to reconsider in this case will be February 29, 2016

20  or any other date after February 29, 2016 that the Court selects.

21

22  **IT IS FURTHER STIPULATED** by and between Travelers, Centex, Newmeyer and

23  RGL that no party shall file a motion for leave to file a motion for reconsideration until February

24  29, 2016.  However, if the parties receive a signed order from the Court by noon on January 29,

25  2016, indicating that the deadline to file a motion for leave to file a motion for reconsideration has

26  been moved from January 31, 2016, to a date after February 29, 2016, the parties mutually agree

27  not to file any such motion for leave to file a motion for reconsideration until at least February 29,

28  2016.  If the parties receive no such order by noon on January 29, 2016, however, the parties will

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1   file any planned motion for leave to file a motion for reconsideration in the afternoon on January

2   29, 2016.  In that event, any opposition to the motion will be due on the date set forth in the local

3   rules, if any, or the orders of the Court.  The parties have no objection, however, to the Court

4   delaying any hearing set on any such motion until after February 29, 2016.

5

6   DATED: January 27, 2016       PAYNE & FEARS LLP

7

8

           By:         /s/ *Jeffrey M. Hayes*

9                          JEFFREY M. HAYES

10             Attorneys for CENTEX HOMES and
            NEWMEYER & DILLION, LLP

11

12   DATED: January 27, 2016       THE AGUILERA LAW GROUP  APLC

13

14

           By:         /s/ *Raymond E. Brown*

15                         RAYMOND E. BROWN

16             Attorneys for TRAVELERS INDEMNITY
            COMPANY OF CONNECTICUT

17

18   DATED: January 27, 2016       ERICKSEN ARBUTHNOT

19

20

           By:         /s/ *Andrew P. Sclar*

21                        ANDREW P. SCLAR

22             Attorneys for RGL, INC.

23

24

25

26

27

28

*PAYNE & FEARS LLP*
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

STIPULATION TO CONTINUE STATUS CONFERENCE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1

## **ORDER**

2

3    **PURSUANT TO STIPULATION, IT IS ORDERED** that deadlines in this case be

4   altered as follows**:**

5

6    The status conference currently set for February 19, 2016, at 8:30 a.m. will be continued to

7   March 18, 2016, at 8:30 a.m.;

8

9    The Case Management Statement will be due on March 11, 2016;

10

11    The deadline to exchange initial disclosures in this case will be March 11, 2016; and

12

13    The deadline to file motions for leave to reconsider in this case will be February 29, 2016.

14

15

16   Dated:    February 1, 2016                          

                                                Hon. Charles R. Breyer
17                                              Judge, United States District Court

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE STATUS CONFERENCE