**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Lindsee B. Falcone (SBN 268072)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
lfalcone@aguileragroup.com

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTEX HOMES, a Nevada partnership; NEWMEYER & DILLION, LLP, a California limited liability partnership; RGL INC., a California corporation, dba RGL FORENSICS; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case Nos.  3:13-cv-00088-CRB<br>Hon. Charles R. Breyer<br><br>[Consolidated for Trial with Case No. 3:12-cv-00371-CRB]<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION TO DISMISS ACTION; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN Travelers Indemnity Company of Connecticut ("Travelers"), Centex Homes, Newmeyer & Dillion, LLP, and RGL Inc., by and through their counsel of record, as follows:

Whereas, the parties have reached a settlement of this action and the settlement agreement has now been fully executed and funded.

1  to FRCP 41(a)(1). The parties further stipulate that each side shall bear their own costs.

3  **SO STIPULATED.**

6  Dated: October 14, 2020                    **THE AGUILERA LAW GROUP, APLC**

By: /s/ A. Eric Aguilera
A. Eric Aguilera
Raymond E. Brown
Lindsee B. Falcone
Attorneys for plaintiffs
The Travelers Indemnity Company of Connecticut

13  Dated: October 14, 2020                    **PAYNE & FEARS, LLP**

By: /s/ Jared de Jong
Jared de Jong
Attorneys for defendants,
CENTEX HOMES and NEWMEYER & DILLION

19  DATED: October 14, 2020                    **ERICKSEN ARBUTHNOT**

By: /s/ Von Ryan Reyes
Von Ryan Reyes
Attorneys for RGL, INC.

**[PROPOSED] ORDER**

  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THIS ENTIRE ACTION IS DISMISSED WITH PREJUDICE. EACH SIDE SHALL BEAR THEIR OWN COSTS.**

Dated: __October 16, 2020__     _____
             Hon. Charles R. Breyer,
             Judge, United States District Court